**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 12-51274 |
| Betty Ruth Buckles | : | Chapter 13 (Judge Hoffman) |
| | : | |
| Debtor | : | |
| | : | |
| | : | |

**NOTICE OF CHANGE OF ADDRESS**

Comes now, Debtor, by counsel, and hereby gives notice to the Court of the Debtor's new mailing address:

> Betty Buckles
> 109 Fairway Drive
> Pataskala OH 43062

All parties are instructed to adjust their records as necessary.

Respectfully submitted,

**/s/** Marshall D. Cohen
Marshall D. Cohen (0044066)
1500 West Third Avenue, Suite 400
Columbus, Ohio 43212
(614) 294 – 5040
Fax: (614) 291 – 5006
Email: notice@mdcohenlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following registered ECF participants, electronically through the Court's transmission facilities at their e-mail addresses registered with the Court, or by U.S. Mail, postage prepaid to the parties listed below on November 24, 2015.
**Electronic Service:**
Office of the U.S. Trustee
Faye D. English, Chapter 13 Trustee
Marshall D. Cohen Esq.
**U.S. Mail Service:**
Betty Buckles |109 Fairway Drive |Pataskala, OH 43062

/s/ Marshall D Cohen
Marshall D. Cohen, Case Attorney (0044066)